IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRI HARMON, | No. CIV S-07-0517-DFL-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COLLECT AMERICA, | |
| Defendant. | |
| _____/ | |

An initial scheduling conference has been set for August 21, 2007. Due to a conflict in the court's calendar, the scheduling conference is hereby re-set for August 23, 2007, at 10:00 a.m. in Redding, California. The parties shall still be required to file scheduling conference statements pursuant to the court's March 19, 2007, order by August 14, 2007.

IT IS SO ORDERED.

DATED: June 14, 2007.

                                                        **CRAIG M. KELLISON**
                                                       UNITED STATES MAGISTRATE JUDGE