1
2
3
4
5
6
7
8              **IN THE UNITED STATES DISTRICT COURT**
9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11   LORRI HARMON,                          No. CIV S-07-0517-RRB-CMK
12          Plaintiff,
13      vs.                                 ORDER
14   COLLECT AMERICA,
15          Defendant.
16   _____/
17          An initial scheduling conference was held in this matter on August 23, 2007, at
18   10:00 a.m. in Redding, California.  Jeffrey A. Topor, Esq., appeared telephonically for defendant.
19   There was no appearance by plaintiff, who also failed to file a scheduling conference statement
20   as required by the court's March 19, 2007, initial case order.
21          In light of plaintiff's failure to appear and file a scheduling conference statement,
22   the court hereby sets this matter for an order to show cause hearing on September 25, 2007, at
23   10:00 a.m., before the undersigned in Redding, California.  Plaintiff shall appear in person and
24   show cause why this action should not be dismissed for lack of prosecution and failure to comply
25   with the court's rules and orders.  Counsel for defendant may appear telephonically.
26   / / /

1

1         Plaintiff is warned that failure to appear on September 25, 2007, will result in a

2   recommendation that this action be dismissed.  <u>See</u> Local Rule 11-110.

3         Accordingly, IT IS HEREBY ORDERED that:

4         1.     This matter is set for an order to show cause hearing on September 25,

5   2007, at 10:00 a.m. in Redding, California;

6         2.     Plaintiff shall appear in person and show cause why this action should not

7   be dismissed for lack of prosecution and failure to comply with the court's rules and orders; and

8         3.     Counsel for defendant may appear telephonically.

9

10   DATED:   August 24, 2007.

11

12                              **CRAIG M. KELLISON**

13                              UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26