UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

<u>  LORRI HARMON  </u>   v.   <u>  COLLECT AMERICA  </u>

DATE:   <u>  April 15, 2008  </u>        CASE NO.   <u>  2:07-CV-0517-RRB-CMK  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
                DISMISSING ACTION**

---

   Before the Court is the Magistrate Judge's unopposed Findings and Recommendations at Docket 25, which the Court hereby **ADOPTS** in its entirety.  This matter is hereby **DISMISSED** for lack of prosecution and failure to comply with court rules and orders.

   **IT IS SO ORDERED.**